1   McGREGOR W. SCOTT
    United States Attorney
2   KRISTI C. KAPETAN
    Assistant U.S. Attorney
3   3654 Federal Building
    1130 O Street
4   Fresno, California 93721
    Telephone: (559) 498-7272
5

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          1:05-cv-01223-REC-SMS

                   Plaintiff,
12       v.                            APPLICATION AND ORDER
                                       FOR PUBLICATION
13  APPROXIMATELY $13,739.00 IN U.S.
    CURRENCY,
14

15                  Defendant.

16

17      The United States of America, plaintiff herein, applies for an order of publication as follows:

18      1.      Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims

19  provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper

20  of general circulation in the district, designated by order of the Court;

21      2.      Local Rule 83-171, Eastern District of California, provides that the Court shall

22  designate by order the appropriate newspaper for publication;

23      3.      The defendant property was seized in Los Angeles County, Paramount, California;

24      4.      Plaintiff proposes that publication be made as follows:

25          a.      One publication;

26          b.      In the following newspaper, a legal newspaper of general circulation, located

27  in the county in which the defendant properties were seized: Metropolitan News-Enterprises;

28          c.      The publication to include the following:

(1)    The Court, title and number of the action;

(2)    The date of the arrest/seizure;

(3)    The identity and/or description of the property arrested/seized;

(4)    The name, address and telephone number of the attorney for the plaintiff;

(5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with the Clerk and served on the attorney for the plaintiff within 30 days after the date of publication;

(6)    A statement that answers to the complaint must be filed and served within 20 days after the filing of the claim and, in the absence thereof, default may be entered and condemnation ordered;

(7)  A statement that applications for intervention under Fed. R. Civ. P. 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

(8)    The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.


DATED:   9/26/05                          McGREGOR W. SCOTT
                                          United States Attorney


                                          /s/ Kristi C. Kapetan
                                          KRISTI C. KAPETAN
                                          Assistant U.S. Attorney


                              **ORDER**

IT IS SO ORDERED.

**Dated:    January 19, 2006**          _____/s/ Sandra M. Snyder_____
icido3                                  UNITED STATES MAGISTRATE JUDGE

2