**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           **Plaintiff,**<br><br>     **v.**<br><br>**$13,739.00 in U. S. Currency,**<br><br>           **Defendant** | **1:05-cv-1223 OWW SMS**<br><br>**ORDER RE: DISPOSITIONAL**<br>**DOCUMENTS AND VACATING**<br>**SCHEDULING CONFERENCE** |

**As a notice of settlement has been filed in this matter, the parties shall submit dispositional documents no later than November 30, 2006.**

**The scheduling conference currently set for October 5, 2006 is vacated.**

IT IS SO ORDERED.

**Dated:   October 3, 2006                         /s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE

1