McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-CV-01223-OWW-SMS |
| Plaintiff, ) | |
| ) | **FINAL JUDGMENT OF FORFEITURE** |
| v. ) | |
| APPROXIMATELY $13,739.00 IN U.S. ) CURRENCY, ) | |
| Defendant. ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant approximately $13,739.00 in U.S. Currency.

2. A Verified Complaint for Forfeiture *In Rem* was filed on September 26, 2005, seeking the forfeiture of defendant approximately $13,739.00 in U.S. Currency (hereinafter "defendant currency"). The Complaint alleges that the defendant currency is subject to the forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*.

3. On September 26, 2005, in accordance with said Complaint, a Warrant and Summons For Arrest of the defendant currency was issued and duly executed on October 13, 2005.

1  4. On or about February 3, 2006, a Public Notice of Arrest of defendant currency appeared by publication in <u>Metropolitan News-Enterprises</u>, a newspaper of general circulation in the county in which the defendant currency was seized (Los Angeles County). The Proof of Publication was filed with the Court on February 13, 2006.

5. In addition to the Public Notice of Arrest having been completed, actual notice was served upon Jose Elias Leanos, Catalina Leanos, Martha Feliciano, and Ildelfonso Leanos. Catalina Leanos and Martha Feliciano filed a claim and answer in this action.

6. No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. That the Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against Claimants Catalina Leanos, Martha Feliciano, Potential Claimant Jose Elias Leanos, and all other potential claimants who have not filed claims in this action.

3. That upon entry of this Final Judgment of Forfeiture, $1,739.00 of the defendant approximately $13,739.00 in U.S. Currency, together with any interest that may have accrued on that amount, seized on or about April 19, 2005, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. That upon entry of this Final Judgment of Forfeiture, but no later than 45 days thereafter, $12,000.00 of the approximately $13,739.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to Claimants Catalina Leanos, Martha Feliciano, and Potential Claimant Jose Elias Leanos through their attorney, Leo J. Moriarty, at 1912 N. Broadway, Suite 350; Santa Ana, California 92706.

5. That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant

1  currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or
2  damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed.
3  The parties waive the provisions of California Civil Code § 1542.
4        6.    Pursuant to the stipulation of the parties, and allegations set forth in the Verified
5  Complaint for Forfeiture *In Rem* filed September 26, 2005, the Court finds that there was reasonable
6  cause for the seizure of defendant currency, and a Certificate of Reasonable Cause pursuant to 28
7  U.S.C. § 2465 shall be entered accordingly.
8        7.    That all parties are to bear their own costs and attorneys' fees.
9  SO ORDERED THIS   17th   day of October , 2006.

              /s/ Oliver W. Wanger
              OLIVER W. WANGER
              United States District Judge

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 26, 2005, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the defendant currency.

DATED: 10/17/06              /s/ Oliver W. Wanger
                             OLIVER W. WANGER
                             United States District Judge